# Order

**Michigan Supreme
Court**
**Lansing, Michigan**

May 5, 2015

Robert P. Young, Jr.,
Chief Justice

151277(68)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ROBERT ARBUCKLE, Personal Representative of
the Estate of CLIFTON M. ARBUCKLE,
      Plaintiff-Appellee,

v

GENERAL MOTORS, LLC,
      Defendant-Appellant.

SC: 151277
COA: 310611
MCAC: 11-000043

_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time to file his answer to the application for leave to appeal is GRANTED. The answer submitted on April 27, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____
May 5, 2015

